Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for*
*Rhonda Howard*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RHONDA HOWARD,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No. 2:26-cv-01967-TLN-CSK

*Assigned to:*
*Hon. Troy L. Nunley,*
*Courtroom 2, 15th floor*

**ORDER**

| | |
|---|---|
| Compl.: | May 22, 2026 |
| Trial: | None Set |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Stay Pending Settlement Negotiations. Having considered the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. All proceedings in this matter are hereby **STAYED** until September 30, 2026. Additionally, Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended until forty-five (45) days after the expiration of the stay. By no later than September 30, 2026, Plaintiff shall file a status report updating the Court on the status of the parties' negotiations and requesting that the stay either be extended or lifted.

ENTERED this 27th day of July, 2026.

Troy L. Nunley
Chief United States District Judge